# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>**11710 Old Georgetown Rd., #827,<br>Rockville, MD** | )<br>)<br>)  Case No. **13-0315TJS**<br>)<br>)<br>) |

## APPLICATION FOR A SEARCH WARRANT

I, **Special Agent Brandon Ridenhour**, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*: located in the District of Maryland, there is now concealed *(identify the person or describe the property to be seized)*: **11710 Old Georgetown Rd., #827, Rockville, MD, more particularly described as a condominium in a high-rise, multi-level, two tower secured condominium complex marked with the numbers "11710" and located near the corner of Highway 355/Rockville Pike and Old Georgetown Road; #827 is located on the eighth floor of the condominium tower seen on the left as one is facing the complex.**

The basis for the search under Fed. R. Crim. P. 41© is *(check one or more)*:

- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:
*Code Section*          *Offense Description*

**See Attachment C**

The application is based on these facts:

**See Attached Affidavit**

- ☑ Continued on the attached sheet
- ☐ Delayed notice of _____ *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Sworn to before me and signed in my presence.

Date: **February 15, 2013**

_____
*Judge's signature*

City and state: __Baltimore, MD__

Timothy J. Sullivan, United States Magistrate Judge
*Printed name and title*