AO 93 (Rev. 12/09) Search and Seizure Warrant

3- 0315 TJS

| | | |
|---|---|---|
| | **Return** | |
| Case No.: | Date and time warrant executed: 02/21/2013 /0600 | Copy of warrant and inventory left with: ZHANG Mingjie |
| Inventory made in the presence of: | | |

Inventory of the property taken and name of any person(s) seized:

See attached inventory of property.

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: April 2, 2013

_____
Executing officer's signature

Branden Rickenbar Special Agent
Printed name and title

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 284G-BA-2409768

On (date) 02/21/2013

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) ZHANG Mingjie

(Street Address) 11710 Old Georgetown Rd, #827

(City) Rockville, MD 20852

Description of Item(s): #1: DELL LAPTOP W/ CHARGER

#2: COMPUTER PART, S/N PG1002081063

#3: ASUS MOTHERBOARD P9X79 BOX W/ PARTS; S/N: C2MOADDS4214

#4: PANASONIC LUMIX CAMERA

#5: IPHONE, MODEL A1387, BLACK

#6: BLACK APPOINTMENT BOOK; BUSINESS CARDS AND 2013 DOCUMENT

#7: DELL INSPIRON LAPTOP W/ CHARGER

#8: VERIZON HTC PHONE W/ USB CABLE

#9: WHITE IPHONE

#10: BLACK DAYMINDER 2010/2011; LAB PRODUCT CATALOG; JOURNAL ARTICLE

#11: 8GB IPOD

#12: RED SAMSUNG PHONE

#13 BLACK VERIZON PHONE, S/N 9340043356

#14: BLACK VERIZON PHONE S/N 9340043351

#15 3 USB DRIVES ON KEY CHAIN

#16 SILVER APPLE IPOD

#17 HIV RESEARCH USB

#18 LENOVO LAPTOP W/ CHARGER

#19 (5) PASSPORTS - 3 PRC, 2 U.S.

#20 RED ADDRESS BOOK

Received By: _____ (Signature)     Received From: _____ (Signature)

FD-597 (Rev 8-11-94)

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 284G-BA-2409768

On (date) 02/21/2013

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☑ Seized

(Name) ZHANG Mingjie

(Street Address) 11710 Old Georgetown Rd, #827

(City) Rockville, MD 20852

Description of Item(s): #21: FUJIFILM DIGITAL CAMERA

#22: NETIS WIRELESS ADAPTER

#23: HP MINI LAPTOP; S/N CNU9040XXK

#24: 44 CDs + 1 CASSETTE

#25: DELL LAPTOP, NIH SURPLUS

#26: RED USB DRIVE - DANE ELEC 4GB

#27: ADDRESS BOOKS, DOCUMENTS, ETC.

#28: SEAGATE DESKTOP DRIVE

#29: 6 BOOKS

#30: THERMALTAKE CPU

#31: CHINESE DOCUMENTS, (1) MINI DISC

#32: SONY ERICSSON CELL PHONE

#33: STAPLES RELAY

#34: DAYRUNNER; CBER LAW BINDER, ETC.

#35: 2 USBs, 1 TOKEN

#36: ROSSON HOLDINGS' STAMP

#37: CHINESE DOCUMENTS

#38: CHINA NATIONAL DEFENSE BOOK

#39: LETTER OF APPOINTMENT; ROSSON BROCHURE

#40: BUSINESS CARDS

Received By: _____
(Signature)

Received From: _____
(Signature)